Pamela J

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
David Paul Landers and Brenda Ann Landers,       
Respondents,
 
 
 

v.

 
 
 
Pamela J. Cloninger and Oda Thorne, Defendants, Of Whom Pamela J. Cloninger 
 is        Appellant.
 
 
 

Appeal From Spartanburg County
Billy A. Tunstall, Jr. , Family Court 
 Judge

Unpublished Opinion No. 2003-UP-434
Submitted April 18, 2003  Filed June 
 25, 2003

AFFIRMED

 
 
 
David Christopher Sereque of S.C. Centers for Equal Justice, 
 of Spartanburg, for Appellant.
James Fletcher Thompson, of Spartanburg, for Respondents.
David Harold Hanna, Sr., of Spartanburg, P.O. Box 1904, 
 for Guardian Ad Litem.
 
 
 

PER CURIAM:  Pamela J. Cloninger appeals 
 from the termination of her parental rights to her minor child.  The family 
 court found the following grounds were proved by clear and convincing evidence: 
 the child or another child has been harmed and because of the severity or repetition 
 of the abuse or neglect, it is not reasonably likely that the home can be made 
 safe within a twelve month period; wilfull failure to support; and the parent 
 has a diagnosable condition unlikely to change within a reasonable time and 
 the condition makes the parent unlikely to provide minimally acceptable care 
 of the child.  S.C. Code Ann. § 20-7-1572 (1), (4) & (6) (Supp. 2002).  
 The family court also found the best interests of the child were served by terminating 
 Cloningers parental rights and allowing David Paul Landers and Brenda Ann Landers 
 to adopt the child.  
Pursuant to Ex parte Cauthen, 291 
 S.C. 465, 354 S.E.2d 381 (1987), Cloningers counsel attached to the record 
 of the family court proceedings an affidavit stating his belief that the appeal 
 lacks merit.  Neither the Landers nor Cloninger filed a response to counsels 
 affidavit.
Upon reviewing the record and the family 
 courts determination in its entirety, we find no meritorious issues warranting 
 briefing.  Accordingly, the family courts decision is 
 AFFIRMED.
CURETON, ANDERSON, and HUFF, JJ., concur.